the brief, for appellants. *Mr. John Bryce Baskin* for appellees.

---

No. 468. GULF REFINING COMPANY OF LOUISIANA *v.* W. N. McFARLAND, SUPERVISOR OF PUBLIC ACCOUNTS. Error to the Supreme Court of the State of Louisiana. Motion to dismiss or affirm submitted March 10, 1924. Decided March 17, 1924. *Per Curiam.* Affirmed upon authority of (1) *Choctaw & Gulf R. R. Co.* v. *Harrison,* 235 U. S. 292; *Lacoste* v. *Department of Conservation of Louisiana,* 263 U. S. 545; (2) *Louisville & Nashville R. R. Co.* v. *Mottley,* 219 U. S. 467, 482; *Chicago & Alton R. R. Co.* v. *Tranbarger,* 238 U. S. 67, 76–77; *Union Dry Goods Co.* v. *Georgia Public Service Corporation,* 248 U. S. 372, 375; *Levy Leasing Co.* v. *Siegel,* 258 U. S. 242, 247. *Mr. A. V. Coco, Mr. Harry P. Sneed* and *Mr. S. L. Herold,* for defendant in error, in support of the motion. *Mr. D. Edward Greer,* for plaintiff in error, in opposition to the motion.

---

No. —, Original. *Ex parte:* IN THE MATTER OF MODERN WORKMEN OF THE WORLD, ET AL., PETITIONERS. Submitted March 17, 1924. Decided April 7, 1924. Motion for leave to file a petition for a writ of mandamus herein denied. *Mr. W. Bissell Thomas* for petitioners.